IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LEE TODD and ANGELA TODD,               )
                                        )
                    Plaintiffs,         )
                                        )
        v.                              )          1:25-cv-388
                                        )
LEE COUNTY SHERIFF'S OFFICE, et al.,    )
                                        )
                    Defendants.         )

## **ORDER**

This matter is before the Court on the United States Magistrate Judge's (1) Text Recommendation dated 6/6/2025 to deny Plaintiffs' Petition for Injunctive Relief, Dkt. 4; and (2) Memorandum Opinion, Order, and Recommendation ("Recommendation") to dismiss the case under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

Alongside the initial Complaint, Dkt. 2, Plaintiffs filed a Petition for Injunctive Relief, Dkt. 4. The Magistrate Judge issued a Text Order on June 5, 2025, requiring, *inter alia*, Plaintiffs to file an Amended Complaint to address identified pleading deficiencies, and a Text Recommendation on June 6, 2025, to deny the Petition for Injunctive Relief without prejudice to correcting identified deficiencies in the Petition alongside the Amended Complaint. Plaintiffs filed an Amended Complaint, Dkt. 8, which included a new request for injunctive relief.

The United States Magistrate Judge filed the Recommendation on April 16, 2026, Dkt. 9, regarding the Amended Complaint, Dkt. 8. The Clerk's office served notice on

the parties, Dkt. 10, and no objections were filed within the requisite time limits, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2)). Therefore, the Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment). After due consideration, the Magistrate Judge's Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, Dkt. 9, is **ADOPTED** and this case is **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). **IT IS FURTHER ORDERED** that the Petition for Injunctive Relief, Dkt. 4, is **DENIED** as moot.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of June, 2026.

_____
LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

2